WR 51,110-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 12:04:59 PM
Accepted 3/4/2015 2:03:13 PM
ABEL ACOSTA
CLERK

NO. 95-CR-3244-H

EX PARTE LARRY HATTEN

RECEIVED
COURT OF CRIMINAL APPEALS
3/4/2015
ABEL ACOSTA, CLERK

\* \* \*

IN THE DISTRICT COURT

347TH DISTRICT

NUECES COUNTY, TEXAS

Returnable to

Nos. WR 51,110-02 &WR 51,110-03

THE TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

\* \* \*

PETITIONER HATTEN'S UNOPPOSED MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING UNDER ART. 11.071

TO THE HONORABLE DISTRICT COURT AND COURT OF CRIMINAL APPEALS:

Comes now Applicant Larry Hatten, and files his motion to continue the evidentiary hearing currently set for March 6, 2015 at 9:00AM, before the 347th Judicial District Court in Nueces County, Texas, and for extension of time to resolve the claims raised in the Writ Application, and would respectfully show the Court as follows:

1. On October 13, 2014, the Texas Court of Criminal Appeals entered an Order directing the 347th District Court of Nueces County, Texas, to comply with the dictates of Article 11.071 concerning the Writ Applicant had filed in 1997. This Order also stayed Applicant's execution pending the resolution of the claims in this Writ Application. Further, the Court of Criminal Appeals directed the District Court to resolve the claims raised in the application and to return the case to the Court of Criminal Appeals within 180 days of the Order. As such, the District Court set the Application for hearing on March 6, 2015, at 9:00 A.M.

2. Counsel cannot find an expert psychiatrist that is willing to consult and/or testify on Hatten's case for the amount the state district court is willing to pay (less than $15K). Counsel previously requested Dr. Victor Scarano of Houston, the psychiatrist who is most familiar with Hatten's complex and prolonged psychiatric and medication history, whose fee request was denied by the District Court. Dr. Scarano is unwilling to further assist in the case. Counsel have so far been unable to locate another psychiatrist, with the expertise or background willing to assist in the case.

3. Additionally, defense counsel have been unable to locate Juror Reginald Hollins. Hollins, a juror during the trial who was acquainted with Applicant, is a needed witness in support of the shackling during guilt-innocence phase claim, which claim also relates to the ineffective assistance of counsel issue. Hollins has not been able to be located and undersigned counsel do not have the funds for an investigator to locate Hollins.

4. Further, counsel McGuire's two office computers both crashed two weeks ago due to electrical problems, had to be each replaced, and data painstakingly recovered over a period of one week, and materials pertaining to Hatten's evidentiary hearing were lost.

5. According to General Counsel for the CCA, who recently spoke with the undersigned counsel, defense counsel Barroso and McGuire may not be eligible to be appointed as state habeas counsel because neither Barroso and McGuire work for the Office of Capital Writs under Code of Criminal Procedure Art. 11.071 § 2(c), nor are either counsel on the statewide list of approved state habeas counsel under Art. 11.071 § 2(f). Additionally, according to the CCA General Counsel, counsel's prior appointment for the competency to execute hearing under CCP Art. 46.05 is separate and apart from any appointment to serve as state habeas counsel under CCP Art. 11.071 §2.

6. Due to the uncertainty of whether counsel are in fact appointed at this time as Hatten's state habeas counsel, or whether they will be paid for their work, defense counsel propose to move for authorization from the U.S. District Court for Southern District of Texas, Corpus Christi Division, to represent Hatten in pending state habeas proceedings under their previous federal appointment under 18 U.S.C. § 3599(e), and for expert funding for a needed psychiatric expert and defense investigator under 18 U.S.C. § 3599(f).

7. Undersigned Counsel have conferred with Assistant Nueces County District Attorney Douglas K. Norman concerning this Motion for Continuance and he is unopposed to the granting of this Motion. The Honorable Missy Medary, District Judge for the 347th District Court, Nueces County, also stated at a status conference yesterday that the Court is unopposed to the proposed course of action by undersigned counsel concerning federal authorization for funding and a 180-day extension of time to resolve the claims raised in the Writ application and to return the case to the Court of Criminal Appeals.

Counsel are therefore requesting a continuance of the evidentiary hearing for 180 days, to allow counsel adequate time to request authorization to continue as state habeas counsel under

their previous federal appointment under 18 U.S.C. § 3599(e), for expert funding for a needed psychiatric expert and defense investigator under 18 U.S.C. § 3599(f), and to adequately prepare for the evidentiary hearing with a needed defense psychiatric expert and defense investigator.

**PRAYER**

Mr. Hatten requests that this Court grant his Motion for Continuance of the Evidentiary Hearing and extension of time to resolve the claims raised in the Writ application for 180 days, to allow time for counsel to request authorization from the U.S. District Court for the Southern District of Texas to continue as state habeas counsel under their previous federal appointment under 18 U.S.C. § 3599(e), and for expert funding for a needed psychiatric expert and defense investigator under 18 U.S.C. § 3599(f).

Respectfully submitted,

BY: /s/ *Ron Barroso*
Ron Barroso
Law Offices of Ron Barroso
5350 S. Staples, Ste. 401
Corpus Christi, TX 78411
Telephone:    (361) 994-7200
Facsimile:    (361) 994-0069
rbarrosolaw@interconnect.net

4

BY: /s/ *Ken McGuire*
  Kenneth W. McGuire
  McGuire Law Firm
  Federal Admission No. 21917
  State Bar No. 00798361
  P.O. Box 79535
  Houston, TX 77279
  Telephone: (713) 223-1558
  Facsimile: (713) 335-3340
  kennethmcguire@att.net

  Attorneys for Defendant
  LARRY DEAN HATTEN

## CERTIFICATE OF SERVICE

I, Ken McGuire, do hereby certify that on this    March 4th   , 2015, a copy of the foregoing Motion was served by E-mail service to the following counsel of record:

  Douglas K. Norman
  State Bar No. 15078900
  Assistant District Attorney
  105th Judicial District of Texas
  901 Leopard, Room 206
  Corpus Christi, Texas 78401
  (361) 888-0410
  (361) 888-0399 (fax)
  douglas.norman@co.nueces.tx.us

  /s/ *Ron Barroso*
  Ron Barroso

5